The People of the State of New York ex rel. J. Esler Eckerson and Others, Appellants, v. Charles H. Zundel and Others, Assessors of the Village of Haverstraw for 1894.— Motion for stay of proceedings denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

John J. Tracey, Respondent, v. Hedden Construction Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary E. Williams, Respondent, v. The City of New York and Another, Appellants.— Motion granted, with costs. Present — Jenks, P J., Hirschberg, Burr, Thomas and Carr, JJ.

Katherine Bauer, Appellant, v. New York and Coney Island Railroad Company, a Corporation, and Others, Respondents, Impleaded with Katherine B McKane, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

John J. Burns, Respondent, v. Minerva Burns, Appellant.— Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Michael J. Callahan, Respondent, v. Michael Matus, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, by default, with costs. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Harry Daube, an Infant, by William F. Daube, His Guardian ad Litem, Respondent, v Michael Sholtz and James K. Atkinson, Copartners, Doing Business under the Firm Name of Sholtz & Atkinson, Appellants, Impleaded with Max Fraenkel, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Christine Greiner, Respondent, v. Meyer Beyer, Appellant, Impleaded with Sophie Bohnet, His Wife, and Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Joseph L. Gunhouse, Respondent, v. Michael Sholtz and James K. Atkinson, Copartners, Doing Business under the Firm Name of Sholtz & Atkinson, Appellants, Impleaded with Max Fraenkel, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

John T. Jacques, Appellant, v. Anton Dimon, Respondent.— Order modified by providing that plaintiff's default be opened, on condition that plaintiff within ten days pay to the defendant the sum of $100, and restore the cause to the next Trial Term calendar; and as so modified the order is affirmed, without costs. If, however, this condition be not complied with, then the order is affirmed, with $10 costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Thomas Kenney, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.